ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:    415-782-6000
Facsimile:    415-241-7340
E-Mail:        adam@gasnerlaw.com

Attorney for Defendant
MEGHAN GRUDZIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MEGHAN GRUDZIEN,<br><br>        Defendant. | CR 13-00059 EMC<br>CR-~~3-13-70022 LB~~<br><br>STIPULATION TO TRAVEL AND<br>[~~PROPOSED~~] ORDER. |

The parties stipulate as follows:

1.  Defendant MEGHAN GRUDZIEN wishes to travel to Los Angeles, California in order to

    participate in two photo sessions and business meetings related to her modeling career. Ms.

    Grudzien's trip to Los Angeles will extend from May 24, 2013 through May 26, 2013.

2.  U.S. Pretrial Services has no objection.

3.  The United States has no objection.

STIP/ORDER FOR TRAVEL
CR-3-13-70022 LB

DATED: May 10, 2013

_____
Adam G. Gasner, Esq.
Attorney for Defendant
MEGHAN GRUDZIEN


DATED: May 10, 2013

_____
Adam Wright, Esq.
Attorney for Plaintiff
UNITED STATES


## ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that Defendant Meghan Grudzien shall be permitted to travel to Los Angeles, California to participate in photo sessions and business meetings connected to her career as a professional model from May 24, 2013 through May 26, 2013. She shall notify her Pretrial Services Officer immediately upon her return from Los Angeles.


DATED: May __15__, 2013

_____
HON. LAUREL BEELER
U.S. MAG. JUDGE

STIP/ORDER FOR TRAVEL
CR-3-13-70022  LB